# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−08−48432−dem |
| Joseph Santanastaso and Shari Santanastaso | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−9824         xxx−xx−4932 | |
| DEBTOR(s) | |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Richard J. McCord (Trustee) is discharged as trustee of the estate of the above−named debtor(s).

- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Dennis E. Milton
United States Bankruptcy Judge

Dated: February 2, 2010

**BLfnld7** [Final Decree rev 08/07/06]

# CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: mrodrique            Page 1 of 1                  Date Rcvd: Feb 02, 2010
Case: 08-48432                Form ID: 205               Total Noticed: 3
```

The following entities were noticed by first class mail on Feb 04, 2010.
db/jdb     +Joseph Santanastaso,   Shari Santanastaso,   33 Yucca Drive,   Staten Island, NY 10312-1633
smg        +Diana Adams,   Office of the United States Trustee,   271 Cadman Plaza East,
             Brooklyn, NY 11201-1833

The following entities were noticed by electronic transmission on Feb 02, 2010.
tr          +E-mail/Text: trustee@certilmanbalin.com                              Richard J. McCord,
             Certilman Balin Adler & Hyman,   90 Merrick Avenue,   East Meadow, NY 11554-1597
                                                                                             TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2010**                           **Signature:**    *Joseph Speetjens*